IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RICHARD LAWRENCE HIGGS,<br><br>    Plaintiff,<br><br>v.<br><br>PENN CREDIT CORPORATION,<br><br>    Defendant. | Case No.: 4:13-CV-00273-HFS |

## NOTICE OF SETTLEMENT

COME NOW Plaintiff Richard Lawrence Higgs and Defendant Penn Credit Corporation, by and through their undersigned counsels, and hereby provide the following Notice of Settlement. Plaintiff and Defendant have reached a settlement of all claims in this action.

The parties are in the process of exchanging a written settlement agreement and appropriate dismissal papers to be filed in this action. Until the time that such dismissals can be filed, the parties request a stay of all upcoming deadlines.

Dated: August 8, 2013

Respectfully submitted,

| | |
|---|---|
| By: /s/ *J. Mark Meinhardt* <br>J. Mark Meinhardt, #53501<br>9400 Reeds Road, Suite 210<br>Overland Park, Kansas 66207<br>Telephone:    (913) 827-1950<br>Email:    mark@meinhardtlaw.com<br>**ATTORNEY FOR PLAINTIFF** | /s/ *Anna M. Berman*<br>Anna M. Berman, #61637<br>1010 Grand Blvd., Suite 500<br>Kansas City, MO 64106<br>Telephone: (816) 960-0090<br>Email:    anna.berman@kutakrock.com<br>**ATTORNEY FOR DEFENDANT** |