IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION


Richard Lawrence Higgs,      )
                           )
      Plaintiff,        )
                           )
      v.            )     Case No. 13-0273-CV-W-HFS
                           )
Penn Credit Corporation,   )
                           )
      Defendant.     )


ORDER

     The parties have filed a joint stipulation of dismissal with prejudice.  (Doc. 16).

The requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) are satisfied, and it

is therefore

     **ORDERED** that the above action shall be dismissed with prejudice, with each

party to bear its own costs and expenses.  SO ORDERED.



                 /s/ Howard F. Sachs
                 HOWARD F. SACHS
                 UNITED STATES DISTRICT JUDGE


October 22, 2013

Kansas City, Missouri